1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  MANUEL NAVARRO

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,       ) No. 2:11-MJ-00382-EFB
15                                 )
                  Plaintiff,       )
16                                 ) STIPULATION TO CHANGE PLEA
         v.                        )
17                                 )
   MANUEL NAVARRO,                 ) Date: **February 6, 2012**
18                                 ) Time: 10:00 a.m.
                  Defendant.       ) Judge: Hon. Edmund F. Brennan
19                                 )
   _____ )
20

21      IT IS HEREBY STIPULATED between the parties through their

22 respective counsel, David Petersen, Special Assistant United States

23 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24 attorney for MANUEL NAVARRO, and Certified Student Attorney, David J.

25 Gallegos, that the Court vacate the court trial on January 24, 2012 at

26 10:00 a.m., and set a change of plea hearing for **February 6, 2012**

27 ~~January 24, 2012~~ at 10:00 a.m.

28

Dated: January 19, 2012  
DANIEL J. BRODERICK  
Federal Defender  

/s/ Linda Harter  
LINDA HARTER  
Chief Assistant Federal Defender  
Attorney for Defendant  
MANUEL NAVARRO  

/s/ David J. Gallegos  
DAVID J. GALLEGOS  
Certified Student Attorney  

Dated: January 19, 2012  
BENJAMIN B. WAGNER  
United States Attorney  

/s/ David Petersen  
DAVID PETERSEN  
Special Assistant U.S. Attorney  

**ORDER**

IT IS SO ORDERED.

Dated: January 20, 2012.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE